# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARION LOVELACE, both individually and [on] behalf of all others similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:09-cv-00421-UA-PTS |
| v. | ) ) | |
| WACHOVIA MORTGAGE CORPORATION, WACHOVIA CORPOATION, and WELLS FARGO & COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Wachovia Mortgage Corporation, who is a defendant in the above-captioned action, makes the following disclosures:

1. Is the party a publicly held corporation or other publicly held entity?

    ( ) Yes    ( X ) No

2. Does the party have any parent corporations?
    ( X ) Yes    ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>Wachovia Corporation and Wells Fargo & Company</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
    ( ) Yes    ( X ) No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity
    that has a direct financial interest in the outcome of this litigation?
    　　( X ) Yes　　　　( ) No
    If yes, identify entity and nature of interest: <u>The ultimate parent-Wells Fargo & Company</u>

This the 21st day of July 2009.

        Respectfully submitted,


        <u>　　　s/ Aaron J. Longo　　　　</u>
        Kimberly Q. Cacheris, NCSB #20087
        Bruce M. Steen, NCSB #30222
        Aaron J. Longo, NCSB #33462
        McGuireWoods LLP
        Bank of America Corporate Center
        100 N. Tryon St., Suite 2900
        Charlotte, North Carolina 28202
        (704) 373-8958
        (704) 353-6169 (facsimile)
        alongo@mcguirewoods.com

        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARION LOVELACE, both individually and [on] behalf of all others similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:09-cv-00421-UA-PTS |
| v. | ) ) | |
| WACHOVIA MORTGAGE CORPORATION, WACHOVIA CORPOATION, and WELLS FARGO & COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2009, I electronically filed a Disclosure of Corporate Affiliations on behalf of Wachovia Mortgage Corporation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

　　Robert J. Willis, Esq.
　　Law Offices of Robert J. Willis
　　P.O. Box. 1269
　　Raleigh, North Carolina 27602
　　(919) 821-9031
　　rwillis@rjwillis-law.com

　　　Attorney Plaintiff

I hereby further certify that I have mailed the document to the following non-CM/ECF participants:

Michael J.D. Sweeney, Esq.
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
msweeney@getmanlaw.com; and

Matt Dunn, Esq.
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
mdunn@getmanlaw.com

Attorneys for Plaintiff.

Respectfully submitted,

s/ Aaron J. Longo
Kimberly Q. Cacheris, NCSB #20087
Bruce M. Steen, NCSB #30222
Aaron J. Longo, NCSB #33462
McGuireWoods LLP
Bank of America Corporate Center
100 N. Tryon St., Suite 2900
Charlotte, North Carolina 28202
(704) 373-8958
(704) 353-6169 (facsimile)
alongo@mcguirewoods.com

Attorneys for Defendants

4