# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARION LOVELACE, both individually and [on] behalf of all others similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:09-cv-00421-UA-PTS |
| v. | ) ) ) | |
| WACHOVIA MORTGAGE CORPORATION, WACHOVIA CORPOATION, and WELLS FARGO & COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Wachovia Corporation, who is a defendant in the above-captioned action, makes the following disclosures:

1. Is the party a publicly held corporation or other publicly held entity?

    ( ) Yes          ( X ) No

2. Does the party have any parent corporations?
    ( X ) Yes          ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Wells Fargo & Company

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
    ( ) Yes          ( X ) No
    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity
that has a direct financial interest in the outcome of this litigation?
( X ) Yes ( ) No
If yes, identify entity and nature of interest: <u>The parent- Wells Fargo & Company</u>

This the 21st day of July 2009.

Respectfully submitted,

_s/ Aaron J. Longo_
Kimberly Q. Cacheris, NCSB #20087
Bruce M. Steen, NCSB #30222
Aaron J. Longo, NCSB #33462
McGuireWoods LLP
Bank of America Corporate Center
100 N. Tryon St., Suite 2900
Charlotte, North Carolina 28202
(704) 373-8958
(704) 353-6169 (facsimile)
alongo@mcguirewoods.com

Attorneys for Defendants

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARION LOVELACE, both individually and [on] behalf of all others similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:09-cv-00421-UA-PTS |
| v. | ) ) | |
| WACHOVIA MORTGAGE CORPORATION, WACHOVIA CORPOATION, and WELLS FARGO & COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2009, I electronically filed a Disclosure of Corporate Affiliations on behalf of Wachovia Corporation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert J. Willis, Esq.
> Law Offices of Robert J. Willis
> P.O. Box. 1269
> Raleigh, North Carolina  27602
> (919) 821-9031
> rwillis@rjwillis-law.com

     Attorney Plaintiff

3

I hereby further certify that I have mailed the document to the following non-CM/ECF participants:

Michael J.D. Sweeney, Esq.
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
msweeney@getmanlaw.com; and

Matt Dunn, Esq.
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370
mdunn@getmanlaw.com

Attorneys for Plaintiff.

Respectfully submitted,

s/ Aaron J. Longo
Kimberly Q. Cacheris, NCSB #20087
Bruce M. Steen, NCSB #30222
Aaron J. Longo, NCSB #33462
McGuireWoods LLP
Bank of America Corporate Center
100 N. Tryon St., Suite 2900
Charlotte, North Carolina 28202
(704) 373-8958
(704) 353-6169 (facsimile)
alongo@mcguirewoods.com

Attorneys for Defendants